# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MAY E. MCCLOUD AND VERA L. JONES, IN PROPRIA PERSONA

      v.

THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, OFFICE OF JUDICIAL RECORDS FOR FILING (AGENTS AND AGENCIES)

PETITION OF:  VERA L. JONES

: No. 141 EM 2017
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2018, the "Application for Relief for Mandate and Injunction" is DENIED.

    Justice Donohue concurs in the result.